### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

I, Bryon Green, hereafter "Affiant," being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a United States Postal Inspector and have been so employed since October 2006, presently assigned at Cleveland, Ohio to investigate Prohibited Mailing offenses. I have received training in the detection and investigation of prohibited mailing offenses. I have worked U.S. Postal Service related investigations for approximately 13 years, during which time I have been the case agent for investigations leading to prosecution in U. S. District Court, as well as state courts.

2. This Affidavit is offered in support of a Criminal Complaint against Defendant ANTHONY MAY with Conspiracy to Possess with Intent to Distribute and to Distribute methamphetamine and possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(C).

3. The facts set forth below are based upon your Affiant's personal knowledge learned through the course of the investigation as well as information obtained from law enforcement and additional sources.

4. This Affidavit is being submitted for the limited purpose of informing the court of the evidence establishing probable cause for a violation of federal criminal law. Since this affidavit is for this limited purpose, your Affiant has not included each and every fact known concerning this investigation.

### FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE

5. On November 19, 2019, Postal Inspector D. Senchesak obtained and executed a federal search warrant on U.S. Postal Service Priority Mail parcel bearing tracking no. 9405 5368 9784 6126 0506 44 addressed to Tony May, 12826 Morning Glory Trl., Chesterland, OH 44026-2927

bearing return address of Beauty Depot Inc., 1908 S. La Brea Ave., Los Angeles, CA 90016-1406 resulting in the recovery of approximately one ounce of field tested positive methamphetamine.

6. On November 20, 2019, Postal Inspectors and law enforcement officers with the Geauga County Drug Task Force conducted a controlled delivery of U.S. Postal Service Priority Mail parcel bearing tracking no. 9405 5368 9784 6126 0506 44 containing methamphetamine. The subject parcel was delivered and accepted by ANTHONY MAY (MAY). Your Affiant observed MAY place the subject parcel behind the flower plant next to his front door.

7. Approximately thirty minutes after the controlled delivery, Postal Inspectors and Geauga County Drug Task Force officers interviewed MAY outside of 12826 Morning Glory Trl., Chesterland, OH 44026-2927. Prior to any questioning, your Affiant read MAY his rights per Miranda and MAY advised he understood his rights and agreed to answer questions. MAY stated he is married, but currently lives alone at 12826 Morning Glory Trl., Chesterland, OH. MAY admitted to accepting the subject parcel and placing the subject parcel behind the flower pot. MAY initially stated he receives packages in the mail for people he works with. MAY stated he didn't know the names or phone numbers of the individuals who pick up the packages and did not know the contents. MAY signed a consent to search his residence. Geauga County Drug Task Force officers executed the consensual search warrant on MAY's residence and immediately identified, in the back room of the residence, a large number of firearms on the floor, a metal pipe with an end cap and detonation cord sticking out, a container of black powder, and a metal container containing approximately two ounces of what appeared to be methamphetamine. Your Affiant asked MAY for clarification on the items identified inside his residence. MAY advised the guns were on the floor because he was cleaning them, the pipe with detonation cord was just a project, and the methamphetamine was his which he used to party with. MAY then advised the subject parcel contained approximately one ounce of methamphetamine and maintained his prior statement that individuals he worked with were going to pick up the subject parcel. Based on the firearms

identified, Geauga County Drug Task Force Officers halted the consensual search of MAY's residence and obtained a Geauga County search warrant for MAY's residence.

8. MAY was also interviewed by an ATF agent and acknowledged that he would distribute the methamphetamine to others during parties.

9. Geauga County Drug Task Force Officers subsequently executed the Geauga County search warrant on MAY's residence resulting in the following items recovered:

> One shotgun, six rifles, four handguns (one pistol recovered from MAY's computer bag located in computer bag on the passenger seat of his vehicle), ammunition, one pipe bomb, explosive powder, detonation cord, approximately two ounces of methamphetamine, marijuana, digital scale, two cellular phones, and two computers.

10. Lake County Bomb Squad was called to MAY's residence and confirmed the device that appeared to be a pipe bomb did in fact contain explosives and subsequently rendered the device safe.

11. For the foregoing reasons, Affiant respectfully submits that there is probable cause that ANTHONY MAY committed the following federal offense(s): Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine, in violation of 21 U.S.C. § 846; Possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

_____
BRYON GREEN
POSTAL INSPECTOR

On November 11-22-19, this affidavit was sworn to by the affiant, who did no more than attest to its contents pursuant to Crim. R. 4.1 (b)(2)(A), by telephone after a document was transmitted by email, per Crim R. 4.1

_____
JONATHAN D. GREENBERG
U. S. MAGISTRATE JUDGE